

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00789-CV

CITY OF HOUSTON, Appellant

V.

ROBERT A. SMITH, Appellee

Appeal from the 61st Judicial District Court of Harris County. (Tr. Ct. No. 2011-46461).

This case is an appeal from the final judgment signed by the trial court on September 3, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case. Accordingly, the Court **vacates** the trial court's order denying the City's motion for summary judgment and **dismisses** the case.

The Court orders that the appellee, Robert A. Smith, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 20, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Huddle.